STATE of Missouri,
Plaintiff/Respondent,

v.

William Wilbert HAACKE,
Defendant/Appellant.

William Wilbert HAACKE,
Movant/Appellant,

v.

STATE of Missouri, Respondent.

Nos. 57852, 59467.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 19, 1991.

Loyce Hamilton, St. Louis, for defendant/appellant.

William L. Webster, Atty. Gen., Joseph P. Murray, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

## ORDER

PER CURIAM.

Defendant appeals from a conviction and judgment for manufacturing marijuana in violation of § 195.020, RSMo 1986 (repealed 1989) and the denial of his Rule 29.15 motion.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).